# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134696(69)

RICHARD M. GOODMAN and GOODMAN,
LISTER & PETERS, P.C.,
        Plaintiffs-Appellants,

v

SC: 134696
COA: 273680
Livingston CC: 05-021362-CZ

MARJORIE J. DAHRINGER, as Personal
Representative of the Estate of Douglas Koster,
        Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's May 29, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

d0721